# Exhibit "3"

The Geheren Firm, P.C.
Real Estate Law and Commercial Litigation

4828 Ashford Dunwoody Rd, Suite 200
Dunwoody, GA 30338
678-587-9500 Telephone
1-888- 224-9876 Direct Fax
678-587-9098 Office Fax
jfletcher@geherenlaw.com EMail

January 20, 2012

**Re:   Demand for Arbitration**

VIA EMAIL: jhtlaw@comcast.net
AND VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED
Anand P. Lalaji and Tejal A. Lalaji
c/o Joseph H. Turner Jr.
580 Cliftwood Ct. NE
Sandy Springs GA 30328

Re:   Anand P. Lalaji and Tejal A. Lalaji v. Union Planters Bank, NA, Civil Action File No. 11SV932BWS.

Dear Anand P. Lalaji and Tejal A. Lalaji:

I represent Regions Bank, successor by merger to Union Planters Bank, NA ("Defendant"), in the above-captioned action, which is being removed today to the Federal District Court for the Northern District of Georgia. I do not represent you, and neither this letter nor future communications from me or this office constitute legal advice to you. The purpose of this letter is to demand the arbitration of the claims asserted in your lawsuit.

Enclosed for your reference is a copy of the executed Note and Security Deed. The subject Note between Plaintiffs and Defendant provides on page 5, paragraph 17 in relevant part as follows:

> Any controversy or claim arising out of or relating to this document or any transactions, events or contracts in any way relating to or arising from this document, shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association (AAA) and judgment upon the award rendered by the arbitrator may be entered in any Court having jurisdiction thereof. …

Similarly, the Special Provision Rider to the Security Deed between Plaintiffs and Defendant provides on page 4, paragraph q in relevant part as follows:

> Any controversy or claim arising out of or relating to this document or any transactions, events or contracts in any way relating to or arising from this document shall be settled by arbitration, in accordance with the Commercial Arbitration Rules of the American Arbitration Association (AAA) and judgment upon the award rendered by the arbitrator may be entered in any Court having jurisdiction thereof. …

January 20, 2012
Demand for Arbitration
Page 2 of 2

      Defendant specifies that the arbitration body shall be the American Arbitration Association, that the venue shall be Atlanta, Georgia USA, and that the applicable rules are the Commercial Arbitration Rules of the American Arbitration Association (AAA). Please advise if you consent to the transfer of this case to the AAA. If not, Defendant intends to file a Motion to Compel Arbitration with the court.

      Sincerely,

      Jim Fletcher