# Lalaji - Arbitration

Jim Fletcher

**Sent:** Wednesday, January 25, 2012 4:38 PM

**To:** Joseph H. Turner Jr. [jhtlaw@comcast.net]

**Cc:** Jim Fletcher

---

Mr. Turner-

Five days having elapsed since my client's Demand for Arbitration was sent, I wanted to follow up with you before I filed a Motion to Compel Arbitration with the Court to determine whether your clients intend to voluntarily initiate a claim with the AAA, or whether we must resort to moving to compel under the Federal Arbitration Act.

Please let me know.  Thank you-


- Jim Fletcher
**Please update your contacts with our new office address effective Jan. 28, 2012:**
The Geheren Firm P.C.
4828 Ashford Dunwoody Rd., Ste 200
Atlanta, GA 30338
Office: (678) 587-9500
Toll-Free Fax: 1-888-224-9876
Email: jfletcher@geherenlaw.com

Address Until Jan. 28, 2012:
The Geheren Firm P.C.
1535 Mt. Vernon Rd., Ste 100
Dunwoody, GA 30338
Office: (678) 587-9500
Toll-Free Fax: 1-888-224-9876
Email: jfletcher@geherenlaw.com

INFORMATION IN THIS EMAIL MESSAGE MAY BE LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION, AND IS INTENDED ONLY FOR THE ENTITIES OR INDIVIDUALS NAMED.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR USE OF THIS  MESSAGE IS STRICTLY PROHIBITED.  IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY PHONE AND EMAIL AND RETURN THE ORIGINAL MESSAGE TO US BY SENDING A REPLY AND THEN DELETING THE MESSAGE. THANK YOU.