IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANAND P. LALAJI, and<br>TEJAL A. LALAJI | )<br>)<br>) | |
| **Plaintiffs,** | )<br>) | |
| | )<br>) | CASE NO. 1:12-cv-00199-TCB |
| v. | )<br>) | |
| REGIONS BANK | )<br>) | |
| **Defendant.** | ) | |

## ORDER ON:
## DEFENDANT'S MOTION TO COMPEL ARBITRATION AND FOR STAY

This matter comes before the Court on the Motion to Compel Arbitration and for Stay submitted by Regions Bank. It appearing to the Court that the subject Note and Deed to Secure Debt require that Plaintiffs' causes of action "be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association (AAA)", and finding good cause, the Motion is GRANTED.

Pursuant to Federal Arbitration Act at 9 U.S.C. § 3, the Court hereby STAYS this action until further order of the Court.

If Plaintiffs desire to prosecute their claims, they shall initiate their claims within 30 days before the American Arbitration Association to be arbitrated in

-2-

Atlanta Georgia under the Commercial Arbitration Rules or such other rules as the parties may agree. If Plaintiffs do not so initiate the claim within 30 days or do not maintain the arbitration proceeding, this action shall be DISMISSED with prejudice.

IT IS SO ORDERED this the ___ day of _____ 2012.

_____
Timothy C. Batten, Sr.
United States District Judge

Presented by:
s/ James R. Fletcher II
James R. Fletcher II
Georgia Bar No. 232541
The Geheren Firm P.C.
4828 Ashford Dunwoody Rd. Ste 200
Dunwoody, GA 30338
Phone: (678) 587-9500
Fax: (678) 587-9098
Email: jfletcher@geherenlaw.com
*Attorney for Defendant*